**Norman R. FREEMAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 76612**

Missouri Court of Appeals,
Western District.

ORDER FILED: November 18, 2014

Motion for Rehearing and/or Transfer
to Supreme Court Denied
December 23, 2014

Application for Transfer Denied
February 3, 2015

Susan L. Hogan, Kansas City, MO, for appellant.

Jennifer Rodewald, Jefferson City, MO, for respondent.

Before Division Three: Karen King Mitchell, Presiding Judge, Cynthia L. Martin, Judge and Gary D. Witt, Judge

**ORDER**

Per curiam:

Norman Freeman was convicted of murder in the second degree following a jury trial in the Circuit Court of Jackson County. We affirmed his conviction on direct appeal in *State v. Freeman,* 359 S.W.3d 498 (Mo.App.W.D.2012). Freeman now appeals the denial of his motion for post-conviction relief pursuant to Rule 29.15. For reasons explained more fully in a memorandum provided to the parties, we affirm. Rule 84.16(b).